# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

131562-63

DAWN COOPER, Personal Representative of
the Estate of Demetrius Morton, Deceased,
Plaintiff-Appellant,

v

WASHTENAW COUNTY, CITY OF ANN
ARBOR, ANTHONY WOODFORD, PAMELA
RACITI, EUGENE HAHN, MICHAEL
WATCHOWSKI and STEVE LAWRENCE,
Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131562-63
COA: 262141, 262903
Washtenaw CC: 04-001290-NI

On order of the Court, the application for leave to appeal the April 4, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would affirm the denial of summary disposition as to the individual city defendants, reverse the grant of summary disposition as to the individual county defendants, and remand for trial to allow a trier of fact to resolve the unresolved questions of causation, for the reasons stated in the Court of Appeals dissenting opinion.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006 _____

t1122                                    Clerk